FormCACB (hrgcntot – van221z) (v. 12/2021)

# United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501–3819

# NOTICE OF RESCHEDULED/CONTINUED HEARING

**DEBTOR(S) INFORMATION:**
Victoria Ann Wylie
aka Victoria Ann Wylie–Hoover
**SSN:** xxx–xx–1299
**EIN:** N/A

PO Box 3612
Crestline, CA 92325

**BANKRUPTCY NO.** 6:25–bk–14958–RB
**CHAPTER** 13

**NOTICE IS HEREBY GIVEN** that the hearing regarding: Confirmation of Chapter 13 Plan.

Is hereby rescheduled/continued.

**Current hearing date:**
 **Date:** October 8, 2025
 **Time:** 2:00 PM
 **Hearing Judge:** Magdalena Reyes Bordeaux

**New hearing date:**
 **Date:** October 15, 2025
 **Time:** 2:00 PM
 **Hearing Judge:** Magdalena Reyes Bordeaux

You will not be permitted to be physically present in the courtroom. You may connect to the videoconference by entering the Videoconference URL shown below into an internet browser on a computer, tablet or smartphone, and entering the meeting ID and password, when prompted:

 **Videoconference URL:** https://cacb.zoomgov.com/s/1617286588
 **Meeting ID:** 161 728 6588
 **Password:** 3032025

If you are unable to send and receive audio or video through your computer or other device, or do not have a computer or smartphone, you may appear by telephone by dialing the following number and entering the following conference information:

 **Audioconference Tel. No.:** 1 (669) 254 5252 or 1 (646) 828 7666
 **Meeting ID:** 161 728 6588
 **Password:** 3032025

Dated: September 23, 2025

FOR THE COURT,

**Kathleen J. Campbell**
Clerk of Court